# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 16, 2021

Lyle W. Cayce
Clerk

No. 21-50316

United States of America,

*Plaintiff—Appellee*,

*versus*

Brandon Menges,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:20-CR-247-1

Before Southwick, Oldham, and Wilson.

Per Curiam:*

Brandon Menges pleaded guilty to a gun crime. He timely filed a notice of appeal. His attorney thereafter moved to withdraw under *Anders v. California*, 386 U.S. 738 (1967). *See also United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Menges has not objected to his attorney's motion to

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50316

withdraw. We agree with defense counsel that there is no nonfrivolous basis for the appeal.

We briefly address one question implicated in the briefing: whether the district court erred by failing to orally pronounce supervised-release conditions listed in a standing order for the Western District of Texas. The answer is no, as we explained in *United States v. Martinez*, 15 F.4th 1179, 1180–81 (5th Cir. 2021).

Accordingly, counsel's motion for leave to withdraw is GRANTED, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.